IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERTHA SCOTT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:05cv80-F |
| ) | WO |
| WYANE FARMS, L.L.C., ) | |
| CONTINENTAL GRAIN CO. d/b/a ) | |
| WAYNE FARMS, L.L.C., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Now pending before the court is the plaintiffs' motion for an extension of time to file a response to the motion to compel (doc. # 48) filed on July 25, 2005.  The defendants have no objection to the motion.  Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the plaintiffs' motion for an extension of time to file a response to the motion to compel (doc. # 48) be and is hereby GRANTED and the time for the plaintiffs to file a response to the motion to compel be and is hereby EXTENDED from July 28, 2005 until August 8, 2005.

Done this 26th day of July, 2005.

                                  /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE